**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ANDREW GIAMBRONE,** | : | |
| **Plaintiff,** | : | |
| | : | **1:26-cv-5245 (ALC)** |
| **-against-** | : | |
| | : | **ORDER GRANTING STAY** |
| **EMERSON COLLECTIVE, LLC,** | : | |
| **Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

On June 26, 2026, Defendant filed a motion to compel arbitration. Dkt. 6. Plaintiff informed the Court that Plaintiff will not oppose the motion. ECF No. 13. Accordingly, this case is **STAYED** pending arbitration. The parties should submit a Joint Status Report by September 10, 2026, informing the Court of the status of arbitration.

**SO ORDERED.**

**Dated:** July 10, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**