**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

**ANDREW GIAMBRONE,**

**Plaintiff,**

**-against-**

**EMERSON COLLECTIVE, LLC,**

**Defendant.**

----------------------------------------------------------x

**1:26-cv-5245 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 26, 2026, Defendant filed a motion to compel arbitration. Dkt. 6. Plaintiff informed the Court that Plaintiff will not oppose the motion. ECF No. 13. Accordingly, Defendant's Motion is **GRANTED** as unopposed. The parties should submit a Joint Status Report every ninety (90) days, informing the Court of the status of arbitration.

The Clerk of Court is respectfully directed to terminate ECF No. 6.

**SO ORDERED.**

**Dated:** October 7, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**